United States District Court
Southern District of Texas
**ENTERED**
December 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| AXEL P-C.[1], § <br>    Petitioner, § <br> § <br> v. § <br> § <br> MIGUEL VERGARA, *et al.*, § <br> *in their official capacities*, § <br>    Respondents. § | CIVIL ACTION NO. 1:25-cv-297 |

## ORDER REQUIRING STATUS REPORT

On December 2, 2025, Petitioner Axel P-C. filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1). On December 5, 2025, this Court issued an Order setting deadlines which rely upon the date Petitioner serves the Petition for Writ of Habeas Corpus on Respondents. Dkt. No. 4.

The Court **ORDERS** Petitioner to file a status report concerning the service of the Petition for Writ of Habeas Corpus on Respondents **no later than January 12, 2026**.

Signed on December 29, 2025.

_Karen Betancourt_
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.