United States District Court
Southern District of Texas
**ENTERED**
March 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| AXEL GEOVANI PU-CARRILLO, | § | |
|    "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-00297 |
| | § | |
| MIGUEL VEGARA, *et al.* | § | |
|    "Respondents." | § | |

## ORDER

Before the Court is the "Joint Stipulation of Dismissal" (Dkt. No. 14). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against the Defendant are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on  March 18, 2026.

_____
Rolando Olvera
United States District Judge